IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| SHAWN JUNKER, | ) |
| Plaintiff, | ) Case No. 1:14-cv-00074 |
| | ) Senior Judge Haynes |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

# ORDER

In accordance with the Memorandum filed herewith, the Plaintiff's motion for judgment on the record (Docket Entry No. 25) is **DENIED**, and the Commissioner's decision is **AFFIRMED**. This action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 17th day of February, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge